# Exhibit 1

## Living Benefit/Accelerated Benefit Option

If you are diagnosed with a terminal illness and limited time to live, you may request early payment of up to 80% of your Supplemental Life Insurance coverage up to a maximum of $500,000. If your spouse/domestic partner is diagnosed with a terminal illness with limited time to live, he or she may request early payment of up to 80% of his/her supplemental coverage up to a maximum of $400,000. For more information on this accelerated benefit option, contact the MetLife Claim Unit at 1-800-638-6420, prompt 2.

## Beneficiary Designation

Your beneficiary for Supplemental Life Insurance will be the same beneficiary you designate for basic life and AD&D insurance. You may use the *Your Benefits Resources*™ (YBR) Web site to change your beneficiary designations or call a Benefits Representative at 1-888-335-5663 (option 1). If you do not have a valid beneficiary designation on file, your supplemental life benefits, if any, will be paid in the following order, to your:

- Spouse;
- Child or child(ren);
- Mother or father;
- Brothers or sisters; or
- The executors or administrators of your estate.

You are automatically the beneficiary for the Supplemental Life Insurance for your spouse/domestic partner and child.

## Assignment

You may assign ownership of your life insurance coverage. Once you make an absolute assignment, you cannot change your coverage options or beneficiaries. You are responsible for paying any required premiums. For more information about absolute assignment, contact your tax or estate planning advisor. To make an absolute assignment, contact the Dell Benefits Center at 1-888-335-5663 (option 1) for a form with instructions.

## Portability of Coverage

If your employment with Dell ends or you are working less than the minimum number of hours (described in the Eligibility section), you may elect to take your coverage with you without evidence of insurability by applying for portability for yourself and your dependents within 31 days of when your coverage ends. If you do not apply within 31 days, you will not be eligible to apply at a later date. While the premium rates you will be offered by MetLife will still be competitive, once you port your coverage, your rates will change and will likely be higher than the rates you were paying for Supplemental Life Insurance through Dell.

If you die, your covered dependents may also elect portable coverage for themselves. However, children cannot become insured for portable coverage unless the spouse/domestic partner also becomes insured for portable coverage.

In the case of divorce, your insured spouse may elect portable coverage for himself or herself.



Exhibit 1