# Exhibit 2

# STATE OF OKLAHOMA
# CERTIFICATE OF DEATH

**CERTIFIED**

STATE FILE NUMBER

| Field | Value |
|---|---|
| 1. Decedent's Legal Name | CRYSTAL RACHELLE ZONDOR |
| 1a. Last Name Prior to First Marriage | GIBSON |
| 2. Sex | F |
| 3. Social Security Number | |
| 4. Ever in US Armed Forces? | No |
| 5a. Age – Last Birthday (years) | 31 |
| 6. Date of Birth | |
| 7. Birthplace | OKLAHOMA CITY, OK. |
| 8a. Residence – State | OK |
| 8b. Residence – County | CLEVELAND |
| 8c. Residence – City or Town | MOORE |
| 8d. Residence – Zip Code | 73160 |
| 8e. Residence Inside City Limits? | Yes |
| 8f. Residence – Street and Number | 1501 NE 11TH |
| 8g. Residence – Apt. Number | N/A |
| 9. Marital Status at Time of Death | Married |
| 10. Surviving Spouse's Name | JOHN ZONDOR |
| 11. Father's Name | JIMMY GIBSON |
| 12. Mother's Name Prior to First Marriage | JOYCE GIBSON |
| 13. Decedent of Hispanic Origin? | No, not Spanish/Hispanic/Latino |
| 14. Decedent's Race | White |
| 15. Decedent's Education | High school graduate or GED completed |
| 16. Decedent's Usual Occupation | CLERK |
| 17. Kind of Business/Industry | SAVE STOP |
| 18a. Informant's Name | JOHN ZONDOR |
| 18b. Relationship to Decedent | SPOUSE |
| 18c. Mailing Address | 1501 NE 11TH MOORE, OK. 73160 |
| 19. Method of Disposition | Burial |
| 20. Place of Disposition | FAIRVIEW MAGUIRE CEMETERY |
| 21. Location – City, Town and State | NOBLE, OK. |
| 22. Name and Complete Address of Funeral Facility | MCMAHANS FUNERAL HOME, PO BOX 496 NOBLE, OK. 73068 |
| 23. Funeral Home Director | Joe L Copeland |
| 24. FH Establishment License # | 1180 JOE L COPELAND |

**Date of Death:** MAY 17, 2011

Decedent's Legal Name: CHRYSTAL ZONDER
Physician's Name: CHAI CHOI

### 25. Place of Death: Other (specify) RESIDENCE

| Field | Value |
|---|---|
| 26. Facility Name | 5800 SE 134TH |
| 27. City or Town, State and Zip Code of Location of Death | OKLAHOMA CITY, OKLAHOMA, 99999 |
| 28. County of Death | CLEVELAND |
| 29. Date of Death | FOUND MAY 17, 2011 |
| 30. Time of Death | 19:29 FOUND |
| 31. Was Medical Examiner Contacted? | Yes |
| 32. Was an Autopsy Performed? | Yes |
| 33. Were Autopsy Findings Available to Complete the Cause of Death? | Yes |

### 34. PART I — Cause of Death

| | Cause | Approximate Interval Onset to death |
|---|---|---|
| a. Immediate Cause | GUNSHOT WOUNDS, HEAD | UNDETERMINED |
| b. | | |
| c. | | |
| d. | | |

35. PART II – Other significant conditions contributing to death but not resulting in the underlying cause given in PART I:

| Field | Value |
|---|---|
| 36. Manner of Death | Homicide |
| 37. If Female | Unknown if pregnant within the past year |
| 38. Did Tobacco Use Contribute to Death? | No |
| 39. Date of Injury | UNKNOWN |
| 40. Time of Injury | UNKNOWN |
| 41. Place of Injury | RESIDENCE |
| 42. Describe How Injury Occurred | FIREARM (HANDGUN) |
| 43. Injury at Work? | No |
| 44. Location of Injury | State: OKLAHOMA; City or Town: OKLAHOMA CITY; Zip Code: 99999; Street & Number: 5800 SE 134TH |
| 46. Certifier | Medical Examiner |
| Certifier | CHAI CHOI, MD |
| 47. Name, Address and Zip Code of Person Completing Cause of Death | CHAI CHOI, MD, 901 NORTH STONEWALL, OKLAHOMA CITY, OKLAHOMA 73117-1218 |
| 48. License Number | 14139OK |
| 49. Date Certified | JUNE 10, 2011 |
| 50. Registrar's Signature | (signed) |
| 52. Date Received by State Registrar | JUN 28 2011 |

2007 REVISION    6/28/2011    VS 154 (7-07)

**Exhibit 2**

C00323742

This is a true and correct copy of the official record on file in the Office of Vital Statistics, Oklahoma City, Oklahoma certified on the date stamped.

*Kelly M. Baker*

Kelly M. Baker
State Registrar
Office of Vital Statistics
Department of Health

It is in violation of Oklahoma Statutes, Title 63, Section 1-324.1, to prepare or issue any certificate which purports to be original certified copy or copy of a certificate of birth, death or stillbirth, except as authorized in this act or rules and regulations adopted under this act.

**CERTIFIED COPIES WILL BE PRODUCED ON MULTI-COLOR SECURITY PAPER.**

**VERIFY PRESENCE OF WATERMARK    HOLD TO LIGHT TO VIEW**

**WARNING:** THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER AND CONTAINS SECURITY FIBERS. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK. THE DOCUMENT FACE CONTAINS A SECURITY BACKGROUND, THE BACK CONTAINS SPECIAL LINES WITH TEXT, EMBOSSED SEAL AND THERMOCHROMIC INK.