# Exhibit 3

# McMahans
## FUNERAL HOME

  

616 S. 8th Street
P.O. Box 496
Noble, Ok 73068

Phone: 405-872-3466
Fax:    405-872-8215

### ASSIGNMENT BY BENEFICIARY

FOR VALUE RECEIVED, I (we) hereby irrevocably and absolutely assign to

_McMahans Funeral Home_ (Name)   ID#/SS#: _____

of _P.O. Box #496_ (street/P O Box)  _Noble_ (City)  _OK_ (State)  _73068_ (Zip)

The Sum of _Eight thousand five hundred sixteen + 11/100_ Dollars

($ _8516.11_ ) of any policy proceeds to me (us) as beneficiary of

_Crystal Zordak_, Deceased

Whose life was insured (or reinsured) under Policy # _0300980_

And I (we) hereby irrevocably authorize direct _Met Life / Group Life Claims_ _PO Box #6100, Scranton PA 18505_ to pay to said assignee the amount assigned and to pay to me (us) the balance, if which may be payable to me (us) as beneficiary. I (we) hereby warrant the validity of this assignment and further warrant that no other person or firm has any right to or interest in any amount which may be payable under such policy by reason of the death of the above named Insured.

Executed at _Noble, OK_, this _20th_ day of _May_, 20 _11_

_[signature]_ (Witness)
_P.O. Box #496_
_Noble, OK. 73068_
(address of Witness)

_[signature]_ (Witness)
_2617 SW 137th ST, OKLA CITY, OK 73170_
(address of Witness)

_[signature]_ (Beneficiary)
_1501 N.E. 11th_
_Moore, OK. 73160_
(address of Beneficiary)

_____ (Beneficiary)
_____ (address of Beneficiary)

(if more than one beneficiary, each one who wishes to assign their share, or any part of it must sign.)
THE FEDERAL TAX CODE AND THE IRS REQUIRE THE COMPANY TO OBTAIN THE ID#/SS# OF THE ASSIGNEE FOR ANY PAYABLE INTEREST ON THE ASSIGNED POLICY PROCEEDS

McMahans Funeral Home
PO BOX 496
NOBLE, OK 73068



Exhibit 3