### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JOHN ZONDOR, ET AL., )<br>)<br>Defendants. ) | NO. CIV-11-1505-HE |

## CERTIFICATE OF THE CLERK OF COURT

A search of the court records in this case reveals that there was no answer, appearance or response to plaintiff's complaint filed by defendants John Zondor and McMahans Funeral Home within the time prescribed. Therefore, defendants John Zondor and McMahans Funeral Home are in default.

Dated this   6th   day of May, 2012.

>**ROBERT D. DENNIS, CLERK OF COURT**
>**United States District Court, Western District of Oklahoma**
>
>By:   s/Lisa Minter
>         Deputy Clerk