# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) METROPOLITAN LIFE INSURANCE COMPANY,<br><br>     Plaintiff,<br>vs.<br><br>(1) JOHN ZONDOR;<br>(2) THE ESTATE OF CRYSTAL RACHELLE ZONDOR;<br>(3) McMAHANS FUNERAL HOME;<br>(4) JOYCE GIBSON<br>(5) APRIL MURRAY; and<br>(6) EDDIE GIBSON,<br><br>     Defendants. | Case No. CIV-11-1505-HE |

## MOTION FOR LEAVE TO APPEAR TELEPHONICALLY

Plaintiff Metropolitan Life Insurance Company ("MetLife") moves the Court to allow its counsel, Erin K. Dailey, to appear telephonically at the status and scheduling conference set for May 8, 2012, at 10:40 a.m. In support of this motion, MetLife states the following:

1. Counsel for MetLife is located in Tulsa, Oklahoma.

2. Allowing counsel for MetLife to appear telephonically will save MetLife considerable resources, and will not adversely affect the proceedings.

3. Counsel for MetLife attempted to confer with counsel for the remaining Defendants, Joyce Gibson, April Murray and Eddie Gibson, Mark S. Cooper, but was unable to reach Mr. Cooper to ascertain whether he objects to MetLife's request.

4. Based on the above, MetLife respectfully requests that the Court enter an order granting counsel for MetLife leave to appear telephonically at the hearing set for May 8, 2012 at 10:40 a.m. The contact number for MetLife's counsel is (918) 595-4863.

{992255;}

5.     A proposed order is submitted herewith.

                    Respectfully submitted,

      /s/ Erin K. Dailey
Lisa T. Silvestri, OBA #19239
Erin K. Dailey, OBA #20189
GABLEGOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, Oklahoma 74103-4217
(918) 595-4800
(918) 595-4990 *facsimile*

**ATTORNEYS FOR PLAINTIFF,
METROPOLITAN LIFE INSURANCE
COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2012, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of the Electronic Filing to the following ECF registrants:

Mark S. Cooper

      /s/ Erin K. Dailey
Erin K. Dailey

{992255;}