## SCHEDULING CONFERENCE MINUTE SHEET
## CIVIL PROCEEDING

Date  May 8, 2012

Case No. CIV-11-1505-HE                    Style:  METROPOLITAN LIFE INSURANCE
COMPANY B. JOHN ZANDOR, ET AL.,

Judge Joe Heaton, Presiding          Deputy Clerk Lisa Minter

Proceedings civil scheduling conference

Commenced 10:40 a.m.  Ended  10:45 a.m.  Length of Hearing:_____Hr(s)  ___15_____Min(s)

Hearing concluded  __✓___ (Yes) _____ (No)

Plaintiff's Counsel: Erin Dailey, Esq., (via telephone)

Defendants' Counsel:  Mark S. Cooper, Esq.,

Enter: Court grants plaintiff's unopposed motion to interplead funds and for discharge [Doc. #11]; court

directs counsel to file a motion for default judgment; no scheduling order to be entered at this time.  Court

Adjourned.