### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | No. CIV-11-1505-HE |
| (1) JOHN ZONDOR, <br> (2) THE ESTATE OF CRYSTAL RACHELL ZONDOR, <br> (3) MCMAHANS FUNERAL HOME, <br> (4) JOYCE GIBSON, <br> (5) APRIL MURRAY, and <br> (6) EDDIE GIBSON | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### CERTIFICATE OF COUNSEL AS TO PROOF OF SERVICE
### VIA CERTIFIED MAIL

This is to certify that a copy of the Motion for Default Judgment and Order Authorizing Disbursement of Interpleader Funds (Document 20) was sent via Certified Mail to:

J. Hugh Herndon
J. HUGH HERNDON & ASSOCIATES
2101 South Air Depot Boulevard
Midwest City, OK 73110

Service was accomplished by delivery on or about the 23rd day of May, 2012, as reflected in the USPS Track and Confirm Notice, a copy of which is attached.

                                            **LAW OFFICES OF MARK S. COOPER, P.C.**

                                            _____/s/ Mark S. Cooper_____
                                            MARK S. COOPER, OBA# 12614
                                            225 N. Peters Suite 8
                                            Norman, Oklahoma 73069
                                            (405) 292-7600 Telephone
                                            (405) 366-7657 Facsimile
                                            cooperlaw@coxinet.net

                                               **CERTIFICATE OF SERVICE**

     I hereby certify that on this 25th day of June, 2012, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Lisa Traylor Silvestri
Erin K. Dailey
1100 ONEOK Plaza
100 West 5th Street
Tulsa, OK 74103-4217

                                               ____/s/ Mark S. Cooper_____
                                               MARK S. COOPER