```
DUPLICATE

Court Name: Western District of Oklahoma
Division: 5
Receipt Number: OKW500024948
Cashier ID: pweeks
Transaction Date: 05/23/2012
Payer Name: Metlife
--------------------------------
COMMERCIAL REGISTRY OTHER
 For: Metlife
 Case/Party: D-OKW-5-11-CV-001505-001
 Amount:         $112,491.66
--------------------------------
CHECK
 Check/Money Order Num: 002222068
 Amt Tendered: $112,491.66
--------------------------------
Total Due:      $112,491.66
Total Tendered: $112,491.66
Change Amt:     $0.00
```

Return check fee $53