## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1)   JOYCE GIBSON, | ) | |
| (2)   APRIL MURRAY, and | ) | |
| (3)   EDDIE GIBSON, | ) | |
|       Plaintiffs, | ) | |
| v. | ) | No. CIV-11-1505-HE |
| (1)   JOHN ZONDOR, and | ) | |
|       Defendants. | ) | |

### NOTICE OF SUBPOENA DUCES TECUM BY PLAINTIFFS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to FRCP 45, please take notice that Dell, Inc., has been subpoenaed to produce and permit inspection for copying the documents set forth in the attached Subpoena. The documents are to be produced on or before October 20, 2012, at the Law Offices of Mark S. Cooper, P.C., 225 N. Peters, Suite 8, Norman, OK., 73069.

**LAW OFFICES OF MARK S. COOPER, P.C.**

_____/s/ Mark S. Cooper_____
MARK S. COOPER, OBA# 12614
225 N. Peters Suite 8
Norman, Oklahoma 73069
(405) 292-7600 Telephone
(405) 366-7657 Facsimile
cooperlaw@coxinet.net

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 3rd day of October, 2012, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Jeffrey Trevillion
Floyd James, III
Law Offices of Green, Johnson & Mumina
400 North Walker Avenue, Suite 100
Oklahoma City, OK 73102

                                                ____/s/ Mark S. Cooper_____
                                                MARK S. COOPER