AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Oklahoma

| JOYCE GIBSON, Et. Al., | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No.   CIV-11-1505 |
| | ) | |
| JOHN ZONDOR | ) | (If the action is pending in another district, state where: |
| Defendant | ) | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Dell, Inc.
   3501 SW 15th Street, Oklahoma City, OK 73108-2260

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Excerpts from the Dell, Inc., Comprehensive Welfare Benefits Plan - Plan Description which pertain to Beneficiary Designations for dependent life insurance coverage; all Plan enrollment forms submitted by or on behalf of John I. Zondor; all beneficiary designations made on the dependent life insurance policy which insured Crystal R. Zondor; and a document which reflects the premium or contribution paid by John I. Zondor

| Place: Law Offices of Mark S. Cooper, P.C., 225 N. Peters. Su. 8, Norman, OK 73069 | Date and Time:<br><br>10/20/2012 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   10/03/2012

*CLERK OF COURT*

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                        *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Joyce Gibson, et. al.
_____ , who issues or requests this subpoena, are:
Mark S. Cooper, P.C., 225 N. Peters, Suite 8, Norman, OK 73069